FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
WHITNEY J. SELERT, ESQ.
Nevada Bar No. 5492
3800 Howard Hughes Parkway
Suite 950
Las Vegas, NV  89169
Telephone:  (702) 252-3131
FAX:  (702) 252-7411
wselert@laborlawyers.com
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL ESCOBAL, Individually<br><br>Plaintiff,<br><br>vs.<br><br>FLETCHER JONES IMPORTS, INC.,<br><br>Defendant. | Case No.:  2:14-cv-01978-JAD-PAL<br><br>**DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE** |

Defendant, above-named, by and through its counsel of record, Whitney Selert, Esq. and Fisher & Phillips, LLP, respectfully submits the following response to this Court's Order (dkt #14) of April 30, 2015 requiring Defendant to Show Cause for not filing a Certificate of Interested Parties.

This Court previously Ordered (dkt #12) that Defendant file its Certificate of Interested Parties on or before April 24, 2015.  However, this litigation was resolved at the Early Neutral Evaluation on April 16, 2015 as confirmed by Judge Foley's minute order of that date (dkt#13).  Because the parties' settlement agreement resolves all claims and includes an agreement to dismiss this case with prejudice, Defendant

respectfully did not believe any further proceedings or filings were necessary.

Dated this 4th day of May, 2015.

**FISHER & PHILLIPS LLP**

By: /s/ Whitney J. Selert, Esq.
Whitney J. Selert, Esq.
Nevada Bar No. 5492
3800 Howard Hughes Parkway, Suite 950
Attorneys for Defendant

**CERTIFICATE OF ELECTRONIC SERVICE**

This is to certify that on the 4th day of May, 2015, the undersigned, an employee of Fisher & Phillips LLP, electronically filed the foregoing **DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE** with the U.S. District Court, and a copy was electronically transmitted from the court to the e-mail address on file for:

James J. Lee, Esq.

By: /s/ Lorraine James-Newman
An employee of Fisher & Phillips LLP

Having reviewed the response, the court is satisfied that the Defendant did not willfully fail to obey the court's order to file a certificate of interested parties, and that sanctions are not warranted.

Dated this 6th day of May, 2015.

Peggy A. Leen
United States Magistrage Judge