FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
WHITNEY J. SELERT, ESQ.
Nevada Bar No. 5492
3800 Howard Hughes Parkway
Suite 950
Las Vegas, NV  89169
Telephone:  (702) 252-3131
FAX:  (702) 252-7411
wselert@laborlawyers.com
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL ESCOBAL, Individually<br><br>Plaintiff,<br><br>vs.<br><br>FLETCHER JONES IMPORTS, INC.,<br><br>Defendant. | Case No.:  2:14-cv-01978-JAD-PAL<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

COME NOW, the parties above-referenced, by and through their respective undersigned counsel of record and do voluntarily stipulate and agree that Plaintiff's Complaint be dismissed with prejudice.

/ / /

/ / /

FISHER & PHILLIPS LLP
3800 Howard Hughes Parkway, Suite 950
Las Vegas, Nevada 89169

FPDOCS 30588611.1

1    The foregoing stipulation has been made by both parties and as consideration

2   for a separate settlement agreement and global release of all claims negotiated during

3   the mandatory Early Neutral Evaluation conference with Magistrate Foley.

4   Dated this 13th day of May, 2015.          Dated this 13th day of May, 2015

5   **FISHER & PHILLIPS LLP**

6

7   By: /s/ Whitney J. Selert, Esq.            By: /s/ James J. Lee, Esq.

8        Whitney J. Selert, Esq.                   James J. Lee, Esq.
         Nevada Bar No. 5492                       2620 Regatta Drive, Suite 102
9        3800 Howard Hughes Parkway               Las Vegas, NV 89128
         Suite 950                                 Attorney for Plaintiff
10       Attorneys for Defendant

11                              **ORDER**

12

13       Based on the parties' stipulation, this action is DISMISSED with prejudice,

14   each side to bear its own fees and costs.  The Clerk of Court is instructed to

15   close this case.

16       Dated:  May 14, 2015.

17                              _____

18                              UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

FISHER & PHILLIPS LLP
3800 Howard Hughes Parkway, Suite 950
Las Vegas, Nevada 89169

FPDOCS 30588611.1